UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:25-CV-248

BIG SPOON ROASTERS LLC,

           Plaintiff,

v.

OYSTERCAT PRODUCTIONS LLC d/b/a BIG SPOON SAUCE CO.; NATHAN G. BENDER; and LANI CHAN, each individually, and collectively d/b/a BIG SPOON SAUCE CO.;

           Defendants.

**DEFENDANTS' CONSENT MOTION FOR EXTENSION OF
TIME TO FILE RESPONSIVE PLEADING**

      Defendants Oystercat Productions LLC d/b/a Big Spoon Sauce Co., Nathan G. Bender, and Lani Chan (collectively "Defendants"), by and through undersigned counsel, respectfully state to the Court that additional time is needed for investigation and preparation of a Responsive Pleading to the Complaint (Doc. 1). In accordance with Fed. R. Civ. P. 6(b), Defendants respectfully move the Court for a 30-day extension of time within which to serve a Responsive Pleading. The time for responding has not expired, and Plaintiff's counsel has consented to Defendants' requested 30-day extension. Accordingly, Defendants request that the time for serving a Responsive Pleading or presenting other defenses in this action be extended by 30 days up to and including June 6, 2025.

This the 2nd day of May 2025.

/s/Russell M. Racine
Russell M. Racine
NC Bar No.: 33593
CRANFILL SUMNER LLP
2907 Providence Rd., Ste. 200
Charlotte, NC  28211

704 940-3418 – Tel.
704 831-5501 – Fax
rracine@cshlaw.com

J. Scott Gerien
Allison N. Berk
DP&F LAW
1500 First Street
Napa, CA 94559
707 261-7000
sgerien@dpf-law.com
aberk@dpf-law.com

*Counsel for Defendants*

4924-5656-1468, v. 1